ACCEPTED
05-15-01548-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/22/2015 2:32:06 PM
LISA MATZ
CLERK

**CAUSE NO. 15C-0035-2**

| | | |
|---|---|---|
| AMERICAN HOMES 4 RENT EIGHT, LLC | § § § | IN THE COUNTY COURT |
| *Plaintiff*, | § § § | |
| v. | § § | AT LAW NO. 2 |
| JASON SANCHEZ, FALLON J. TAFF, And ALL OTHER OCCUPANTS OF 2000 NATCHEZ DRIVE, FORNEY, TEXAS 75126 | § § § § § § | |
| *Defendant*. | § § | KAUFMAN COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/22/2015 2:32:06 PM
LISA MATZ
Clerk

## DEFENDANT'S NOTICE OF APPEAL

NOW COMES, JASON SANCHEZ and ALL OTHER OCCUPANTS OF 2000 NATCHEZ DRIVE, FORNEY, TEXAS 75126, Defendant in the above-styled and numbered cause, and files this his Notice of Appeal.

1. Defendant desires to appeal the Final Judgment entered by this Court on September 22, 2015.

2. Defendant desires to appeal to the Fifth Court of Appeals.

Respectfully Submitted,

**GAGNON, PEACOCK & VEREEKE, PLLC**
4245 N. Central Expressway
Suite 250, Lock Box 104
Dallas, Texas 75205
Telephone: (214) 824-1414
Facsimile: (214) 824-5490
Email: attorneys@gapslaw.com


By:  /s/    *Colin P. Benton*
      J.B. Peacock, Jr.
      State Bar No. 15678500
      David M. Vereeke
      State Bar No. 20547500
      Colin P. Benton
      State Bar No. 24095523

ATTORNEY FOR DEFENDANT




## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of December, 2015, a true and correct copy of the foregoing document was served upon the following:

Keith Wolfshohl                                 **Via Electronic Means**
Barry & Stewart, PLLC
4151 Southwest Freeway, Suite 680
Houston, Texas 77027
Telephone: (713) 722-0281
Facsimile: (713) 722-9786


/s/    *Colin P. Benton*
Of Gagnon, Peacock & Vereeke, PLLC